UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OD WILLIAMS,

    Defendant.

Case No. 18-20641

Hon. TERRENCE G. BERG

## ORDER TO FILE EXHIBITS 6 AND 7 OF SENTENCING MEMORANDUM UNDER SEAL

This matter having come before the Court on the Motion of Counsel, and the Court being fully advised in its premises,

**IT IS HEREBY ORDERED** that the Motion to File Exhibits 6 and 7 of Defendant's Sentencing Memorandum Under Seal is Granted;

SO ORDERED.

/s/Terrence G. Berg
Honorable Terrence G. Berg
United States District Judge

Entered: October 8, 2021